IN THE UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT
OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

Vs.                                              CASE NO. 4:96cr56 -RH

RENEE M PATTERSON
_____/

MOTION TO TERMINATE SUPERVISED AND RELEASE MEMORANDUM

Renee M. Patterson respectfully requests that this court terminate her supervised release pursuant to rule 32.1 (b) of the Federal Rules of Criminal Procedure and 18 U.S.C.E 3583 (e) (I) & (2).
In Support of this motion shows the court Renee M. Patterson.

1.) The statute governing early termination of supervised Release, 18 U.S.C.E. 3583 (e), Provides that the court may terminate a term of supervised release, and discharge the defendant release at anytime after the expiration of one year of supervised release. If it is satisfied that such action is warranted by the interest of justice.
2.) On August 2, 2004 defendant began release under the Supervision of the United States Court for the Middle District of Florida after served a 108 months sentence of incarceration.
3.) On August 2, 2005 Defendant has completed 1 year of supervised release. Defendant has fulfilled all conditions of her Supervised Release. She presently works for T - Formation.
4.) Also defendant has abided by the Supervised Release Rules, defendant has under gone all required drug test, which have indicated negative results, she submitted all required reports on a timely bascic, she has contacted her Supervising U.S. Probation Officer and advised her that was filing this motion, Francine Ware has no objections.
5.) Renee M Patterson has lead a example Life Since her release from prison and clearly meets the criteria for early termination of supervised release based on her good conduct under 18 U.S.C& 3583 (e).

Renee Patterson, Wherefore, It is Respectfully requested that, in the interest of justice the court grant defendant motion for early termination of her Supervised Release Pursuant to 18 U.S.C. & 3583(e) and pursuant to Rule 32.1(b).

Respectfully Submitted,

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

05 AUG -2 AM 10: 39

FILED

Renee M Patterson
2636 Mission Rd #73
Tallahassee Fl 32304

*(signature)*