IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                CASE NO. 4:96cr56-RH/WCS

RENEE PATTERSON,

       Defendant.

_____/

**ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

Defendant Renee Patterson has moved for early termination of supervised release.  Ms. Patterson has served only one year of the five-year term to which she was sentenced.  She has not alleged extraordinary circumstances of the type that would support so early a termination.  Accordingly,

IT IS ORDERED:

Defendant Renee Patterson's motion for early termination of supervised release (document 738) is DENIED.

SO ORDERED this 7th day of August, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge