IN THE UNITED STATES DISTRICT COURT FOR THE NORTHEN
DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

Vs.     CASE NO. 4:96cr56 -RH

RENEE M PATTERSON
_____/

## MOTION TO TERMINATE SUPERVISED
## AND RELEASE MEMORANDUM

Renee M. Patterson respectfully requests that this court terminate her supervised release pursuant to rule 32.1 (b) of the Federal Rules of Criminal Procedure and 18 U.S.C. 3583 (e) (I) & (2).In Support of this motion, Ms. Patterson shows the court

1).The statute governing early termination of supervised Release,
   18 U.S.C.E. 3583 (e), Provides that the court may terminate a term of supervised release, and discharge the defendant release at anytime after the expiration of one year of supervised release. If it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice.

   2).On August 2, 2004,Ms Patterson began a five year term of supervised release under the supervision of the United States Court for the Middle District of Florida, Ms Patterson was instructed by United State courts, to turn in a written monthly report and expect visits from a United State Probation Officer once a month at home and work. Ms Patterson had no incidents reports and all her drug tests were negative doing this time period of one year. After serving 108 months sentence of incarceration.

   3).Ms. Patterson presently works as a shirt catcher for T- Formation. Ms.Patterson would like to show the courts she has received her High School Diploma on March 10, 2003, also completed 32 hour drug program in 2001, Ms Patterson is certified Masonry ,she completed the class on January 30,1998 she also completed a counseling group Cost of Living is Free in March 10, 2003 and plans on further her education's. Ms.Patterson has contacted her Supervising U.S Probation Officer Francine Ware, and advised her that she was filing this motion, Ms. Ware had no objection.
       4).Renee M Patterson has lead a exemplary Life Since her release from prison and clearly meets the criteria for early termination of supervised release based on her good conduct under 18 U.S.C& 3583 (e) and pursuant to Rule 32.1 (b).

05 SEP -8 PH 2: 01

# Maine High School Equivalency Diploma

Maine Department of Education

*certifies that*

RENEE M. PATTERSON

*has demonstrated general knowledge and educational development equivalent to that attained by high school graduates under standards approved by the State of Maine Department of Education and is hereby awarded this*

STATE HIGH SCHOOL EQUIVALENCY DIPLOMA

*having the legal status of a high school diploma*

Given at Augusta, Maine, this  14th  *day of*  March, 2003  A.D.

Certificate Number
109962

STATE ADMINISTRATOR, High School Equivalency Programs

GED CHIEF EXAMINER, Local Test Center

COMMISSIONER of EDUCATION

# FCI Education Department
## Tallahassee, Florida

This is to certify that

**Renee Patterson**

has satisfactorily completed occupational competencies in

**MASONRY**

an approved vocational program

### Certificate of Completion

*Commission on Occupational Education Institutions*

*Instructor*

*Supervisor of Education*

# Certificate of Achievement

## Renee Patterson

*Has completed the requirements of the Financial Management Class*

July 14, 2003

K. Redmon, Teacher

# Congratulations

## To

RENEE PATTERSON

## for

COMPLETING LIVING FREE

*Laurene V. Batson*   *C. Copeland*

WITH COUNSELOR BATSON, COUNSELOR COPELAND

at FPC, MARIANNA, FLORIDA

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
PAGE 2

| Inmate's Name: PATTERSON, Renee | Register No.: 10517-017 | Date: July 08, 2003 |
|---|---|---|

16. **Institutional Adjustment:** Ms. Patterson has made good institutional adjustment during her period of incarceration at FPC, Marianna, Florida. She is not considered a management concern.

**A. Program Plan:** Ms. Patterson arrived at FCI Tallahassee, FL, on April 29, 1997. She was initially classified on May 7, 1997, at which time it was recommended that she participate in the Drug Abuse Treatment Program, GED Program and the Inmate Financial Responsibility Program. It was further recommended that Ms. Patterson be released via Community Contract Facility at the appropriate time prior to her release date. Her most recent Program Review was held on May 21, 2003 at FPC, Marianna. It was noted she was participating in educational programming the Release Preperation Program and had completed her financial obligation.

**B. Work Assignments:** Ms. Patterson is currently assigned to the Unicor Recycling work detail, where she is responsible for is responsible for assisting with the recycling of used government computers for resale. Her punctuality, attitude on the job, relationship with others, ability to follow orders, and the ability to work independently are all rated as excellent.

**C. Education/Vocational Participation:** It should be noted Ms. Patterson received her GED on March 10, 2003. She has also participated in the following educational programs:

| DESCRIPTION | START DATE | STOP DATE |
|---|---|---|
| RPP #3-FINANCIAL MGMT | 05-12-2003 | CURRENT |
| RPP #4 USPO/CCC RULES | 06-09-2003 | 06-10-2003 |
| RPP #5 RELEASE GRATUITY/MONEY | 06-09-2003 | 06-10-2003 |
| GED/CMP 14:00-1530, M-F | 10-17-2000 | 03-10-2003 |
| RPP#6-PRICE OF LIVING FREE | 03-08-2001 | 04-12-2001 |
| BEGIN TYPE 12-1:30 MWF | 03-01-2001 | 04-16-2001 |
| RPP #2 - JOB APPLICATIONS | 01-18-2001 | 01-19-2001 |
| GED 6TH HOUR | 08-07-2000 | 09-28-2000 |
| GED CLASS TUES/THURS 6-9 PM | 01-07-2000 | 08-07-2000 |
| PRE GED 6TH PERIOD | 09-13-1999 | 01-07-2000 |
| PRE GED 4TH PERIOD | 07-22-1997 | 09-13-1999 |
| MASONRY CONSTRUCTION | 07-22-1997 | 02-02-1998 |
| PRE GED 2ND PERIOD | 06-25-1997 | 07-22-1997 |
| PRE GED 1ST & 2ND PERIOD | 06-13-1997 | 06-25-1997 |
| PRE GED 5TH & 6TH PERIODS | 06-12-1997 | 06-13-1997 |

**D. Correctional Counseling Programs:** Ms. Patterson has completed the 32-hour Drug Education Class and "The Price of Living Free" counseling group.

**E. Incident Reports:** Ms. Patterson has been the recipient of the following incident reports:
  Date:   10-17-1998
  CODE:  406  USING PHONE OR MAIL W/O AUTH - FREQ: 4
  LAW:   SUSPEND TELEPHONE PRIV. FOR 30 DAYS. 11-6-98 THRU 12-3-98.

  DATE: 11-21-1997
  CODE: 401  POSSESSING UNAUTH AMT OF CLOTH - FREQ: 1
  LAW:   LOSS PHONE PRIVILEGES FOR 30 DAYS



J. Rachel Lazarus, P.E.
Director, Streets and Drainage Division
City of Tallahassee
642 Mabry Street
Tallahassee, Florida  32304

September 28, 2004

RE:  Recommendation for Renee Patterson

To whom it may concern,

This recommendation is written on behalf of Ms. Renee Patterson who has worked as a part of my staff here at the Streets and Drainage Division for the past eight (8) months, from February 2004 to September 2004.  During that time she has been an outstanding employee while working for us as a clerical and administrative assistant.

Attached is a statement of the duties she performed while here and the abilities we have defined as necessary to being successful in this position.

**Clerical / Administrative Assistant Duties**
- Provide clerical support in an office at the City of Tallahassee, Streets and Drainage facility.
- Data entry into CarteGraphe Work Management program.  Familiarity with the program is not a requirement before assuming position.  Appropriate training will be provided.
- Prepare spreadsheets in MicroSoft Excel
- Prepare letters and documents using MicroSoft Word
- Provide communication support to field personnel using 800 MHz radio system
- Answer customer inquiries on city functions
- Document from phone service requests into work management system
- Locate on map of city complaint location and dispatch to appropriate field personnel.

0 S. Adams St.
lahassee, FL 32301-1731
one: 850-891-0010  TDD: 711
gov.com

JOHN R. MARKS, III
Mayor

ANITA R. FAVORS
City Manager

ALLAN J. KATZ
Mayor Pro Tem

JAMES R. ENGLISH
City Attorney

ANDREW D. GILLUM
Commissioner

GARY HERNDON
City Treasurer-Clerk

DEBBIE LIGHTSEY
Commissioner

SAM M. McCALL
City Auditor

MARK MUSTIAN
Commissioner

**Required Knowledge Skills and Abilities**
- Requires working knowledge of MicroSoft Excel and Word.
- Ability to work with field personnel and provide clerical support as required.
- Ability to learn City roadway system.
- Ability to provide high level of customer service over the telephone using best customer care practices.
- Ability to complete data entry of work orders and close out with completed manpower and materials summary.
- Good written and verbal communication skills.

It is certainly our loss to have to release Ms. Patterson at this time, however if permanent funding were available in the future to hire into this position we would certainly consider Ms. Patterson a highly competent and qualified applicant.

If you have additional questions, please feel free to contact me as indicated above.


Sincerely,

*J. Rachel Lazarus*

J. Rachel Lazarus, PE



850-891-5304
cell: 850-321-5920



NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 MT. HOPE DRIVE • BALTIMORE • MD 21215-3297 (410) 358-8900

*Please Direct Reply to*
**Region V Prison Project Office, NAACP**
970 Martin Luther King, Jr. Drive, Southwest
Suite 306
Atlanta, Georgia 30314
(404) 688-6085   Fax (404) 524-3799

December 17, 2002

Renee Patterson
10517-017
FCI Marianna Women
3625 FCI Road
Marianna, FL 32446

Dear Renee Patterson:

The NAACP is proud of the accomplishments of the National Prison Project. Thousands of state and federal prisoners of every race have participated in the membership program sponsored by the Prison Project. In addition, the local branches have made and are continuing to make tremendous contributions to prison branches across the country.

Effective December 31, 2002, the Regional Office assignments will be transferred to the National Office. The National staff worked diligently to prepare for this transfer and have put into place systems to continue the efforts of the Regional Coordinators that will assist you in the rehabilitative process. A written correspondence will be forwarded to your branch in early January, outlining in detail the goals of the Prison Project and the measures that can assist you in achieving those goals. A contact person will be assigned to your branch to assist you with resources and other pertinent information. All correspondence sent after January 1, 2003, should be forwarded to the following address:

NAACP Prison Project
4805 Mt. Hope Drive
Baltimore, Maryland 21225

We thank you in advance for your commitment to fight for the freedoms of men and women across this country and we appreciate your continued faith in the NAACP Prison Project.

Yours for freedom and justice,

C. Synamon Baldwin
Prison Coordinator, Southeast Region NAACP

Rev. Charles L. White, Jr.
Director, Southeast Region NAACP