IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                       CASE NO. 4:96cr56-RH/WCS

RENEE PATTERSON,

      Defendant.

_____/

**ORDER DENYING SECOND MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

      For the reasons set out in the order of August 29, 2005 (document 739), defendant Renee Patterson's second motion for early termination of supervised release (document 740) is DENIED.

      SO ORDERED this 20th day of September, 2005.

                                               s/Robert L. Hinkle
                                             Chief United States District Judge