# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

Vs.                              CASE NO. 4:96cr56 -RH

RENEE M PATTERSON
_____/

## MOTION TO TERMINATE SUPERVISED AND RELEASE MEMORANDUM

Renee M. Patterson respectfully requests that this court terminate her supervised release pursuant to rule 32.1 (b) of the Federal Rules of Criminal Procedure and 18 U.S.C. 3583 (e) (I) & (2).In Support of this motion, Ms. Patterson shows the court

1).The statute governing early termination of supervised Release,
18 U.S.C.E. 3583 (e), Provides that the court may terminate a term of supervised release, and discharge the defendant release at anytime after the expiration of one year of supervised release. If it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice.

2).On August 2, 2004,Ms Patterson began a five year term of supervised release under the supervision of the United States Court for the Middle District of Florida, Ms Patterson was instructed by United State courts, to turn in a written monthly report and expect visits from a United State Probation Officer once a month at home and work. Ms Patterson had no incidents reports and all her drug tests were negative doing this time period of one year. After serving 108 months sentence of incarceration.

3).Ms. Patterson presently works as a shirt catcher for T- Formation. Ms.Patterson would like to show the courts she has received her High School Diploma on March 10, 2003, also completed 32 hour drug program in 2001, Ms Patterson is certified Masonry ,she completed the class on January 30,1998 she also completed a counseling group Cost of Living is Free in March 10, 2003 and plans on further her education's. Ms.Patterson has contacted her Supervising U.S Probation Officer Francine Ware, and advised her that she was filing this motion, Ms. Ware had no objection.

    4).Renee M Patterson has lead a exemplary Life Since her release from prison and clearly meets the criteria for early termination of supervised release based on her good conduct under 18 U.S.C& 3583 (e) and pursuant to Rule 32.1 (b).

06 JAN -6 PM 1: 53

FILED

5).Ms. Patterson played a minor role in her case and cooperated with the United State Courts each time they needed her assistance.

Wherefore, It is respectfully requested that, in the interest of justice the.
Court grant her motion for early termination of her Supervised Release Pursuant to 18 U.S.C. & 3583(e) and pursuant to Rule 32.1(b).
Respectfully Submitted,

Renee M Patterson
2636 Mission Rd #73
Tallahassee Fl 32304

*[signature]*