*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:96cr56-RH/WCS

RENEE PATTERSON,

    Defendant.

_____/

## ORDER DENYING THIRD MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

    For the reasons set out in the order of August 7, 2005 (document 739), defendant Renee Patterson's third motion for early termination of supervised release (document 742) is DENIED.

    SO ORDERED this 9th day of January, 2006.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge