IN THE UNITED STATES DISTRICT COURT FOR THE NORTHEN DISTRICT
OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

Vs.                                           CASE NO. 4:96cr56 -RH

RENEE M PATTERSON
_____/

MOTION TO TERMINATE SUPERVISED AND RELEASE MEMORANDUM

Renee M. Patterson respectfully requests that this court terminate her supervised release pursuant to rule 32.1 (b) of the Federal Rules of Criminal Procedure and 18 U.S.C.E 3583 (e) (I) & (2).
In Support of this motion shows the court Renee M. Patterson.

1.) The statute governing early termination of supervised Release, 18 U.S.C.E. 3583 (e), Provides that the court may terminate a term of supervised release, and discharge the defendant release at anytime after the expiration of one year of supervised release. If it is satisfied that such action is warranted by the interest of justice.
2.) On August 2, 2004 date I began release under the Supervision of the United States Court for the Middle District of Florida after served a 108 months sentence of incarceration.
3.) On August 2,2005 Renee M Patterson have completed 1 year of supervised release, since Renee M Patterson has fulfilled all conditions of her Supervised Release.
4.) Also she has abided by the Supervised Release Rules, she has under gone all required drug test, which have indicated negative results, she submitted all required reports on a timely bascic,she has contacted her Supervising U.S. Probation Officer and advised her that was filing this motion, Francine Ware has no objections.
5.) Renee M Patterson has lead a example Life Since her release from prison and clearly meets the criteria for early termination of supervised release based on her good conduct under
6.) 18 U.S.C& 3583 (e).
Renee Patterson, Wherefore, It is Respectfully requested that, in the interest of justice the court grant her motion for early termination of her Supervised Release Pursuant to 18 U.S.C. & 3583(e) and pursuant to Rule 32.1(b).

Respectfully Submitted,

Renee M Patterson
*[signature]*

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

06 AUG 10 PM 12: 27

FILED

August 10, 2006

Dear Judge Robert Hinkle

I am writing you this letter to inform you of the accomplishment since my release on August 2, 2004. I am currently enrolled at Tallahassee Community College for Fall 2006, attached are copies of my Fall Schedule, Acceptance Letter and a letter from the Director of Enrollment Service. I was very excited to receive my letter, this has been one of my great achievement to enroll in College, I was a high school drop out and obtain my GED while I was incarcerated, I have continued to stay on track with goals that I've set to become successful overcoming all bad obstacles wrong choices, I put my past behind me and continuing to achieve my dreams as well as raising my 2 son. I also applied to restore my rights thought Clemency Board Department. I realized the important of my freedom and I am making a different in my Life.

I am asking you please please please reconsider my request for early termination. If you have any questions concerning this matter please contact me at 2636 Mission Road Lot 73 Tallahassee Florida 32304 or 850 576-2599.

Thanking you in Advance

*Renee Patterson*

Renee Patterson



Enrollment Services · 444 Appleyard Drive · Tallahassee, FL 32304 · (850) 201-8555 · www.tcc.fl.edu

# APPLICATION STATUS

Date: 8/10/06

Dear Student: RENEE PATTERSON

Thank you for your application for admission to Tallahassee Community College for the ___FALL___ 20_06_ semester.

A. ☒ **Your application is complete.** You have been accepted for admission to the college for the semester indicated above.

B. ☐ **You have been conditionally admitted.** The admission requirements marked below must be completed before you can be fully admitted:

- ☐ **Freshman**: submit an official high school transcript showing the dates of graduation, or a copy of your passing GED scores.

- ☐ **Transfer student**: Submit official academic transcripts from all colleges and universities previously attended.

- ☐ **Transient Student**: Submit a transient letter from the registrar at_____.

- ☐ **Non-Degree Student**: Submit one of the following: Proof of high school graduation or an official academic transcript from the last college or university attended.

- ☐ Submit documentation of immunity to Measles (Rubeola) and German Measles (Rubella) if you were born after 01/01/1957.

- ☐ Proof of Health Insurance in the United States.

- ☐ Other _____

Again, thank you for your application for admission. If you have any questions concerning the information above you can call us at (850) 201-8555, fax us at (850) 201-8474, or email us at enrollment@tcc.fl.edu. We are unable to return phone calls originating from outside the United States. Please leave an email address so we may contact you.

Sincerely,

*Sheri Rowland*

Sheri Rowland, Ed.D
Director, Enrollment Services and Testing

Rev. 05/2006



444 Appleyard Drive
Tallahassee, Florida 32304-2895
850.201.6200 | www.tcc.fl.edu

August 10, 2006

To Whom It May Concern:

This is to confirm that Renee Patterson has pre-registered for the 2006 Fall semester. She is registered for 10 hours which is half-time. Classes begin August 28, 2006 and will end December 16, 2006. Due to our refund policy students have until September 1, 2006 to drop their classes and receive a full refund. If more information is needed, please contact our office at 850-201-8555.

Sincerely,

Sheri L. Rowland
Director of Enrollment Services and Testing

SLR/cs

AUG 10 2006

 

# EagleNet

**Student Id** R06001194
**Name** Renee M. Patterson

## This schedule report is for Fall Term 2006

| Ref Num | Course Id | Detail | Ses | Credits | Start Date | End Date | Section | Campus | Bldg/Room | Time | | Day(s) | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 045714 | MAT0002 | 🔍 | 1 | 3 | 08/28/06 | 12/15/06 | 002 | Main Campus | EN/126 | 8:00 am | - 8:50 am | M W F | TBA |
| | | | | | Deadline: Drop w/Refund: 09/01/06 W/Draw: 09/01/06 | | | | | | | | |
| 049751 | ORIENT | 🔍 | | 0 | 07/17/06 | 07/17/06 | 009 | Main Campus | SU/167 | 10:00 am | - 3:00 pm | M | TBA |
| | | | | | Deadline: Drop w/Refund: 09/01/06 W/Draw: 08/28/06 | | | | | | | | |
| 046066 | REA0001 | 🔍 | 1 | 4 | 08/28/06 | 12/13/06 | 008 | Main Campus | AP/149 | 9:05 am | - 9:55 am | MTW | Barrilleaux, Christine |
| | | | | | 08/31/06 | 12/14/06 | 008 | Main Campus | AP/149 | 9:05 am | - 9:55 am | R | Barrilleaux, Christine |
| | | | | ✿ Special Designators: Web-Assisted Class ✿ | | | | | | | | | |
| | | | | Deadline: Drop w/Refund: 09/01/06 W/Draw: 09/01/06 | | | | | | | | |
| | | | | SEC. 008 MEETS EACH THURS. AT 9:05-9:55 IN THE READING CENTER (DH141). | | | | | | | | | |
| 046179 | SLS1510 | 🔍 | 1 | 3 | 08/29/06 | 12/14/06 | 020 | Main Campus | SU/242 | 10:05 am | - 11:20 am | T R | Fisher, Gayle |
| | | | | | Deadline: Drop w/Refund: 09/01/06 W/Draw: 09/01/06 | | | | | | | | |

Days:   M = Monday; T = Tuesday; W = Wednesday; R = Thursday; F = Friday
       S = Saturday; U = Sunday; TBA = To Be Announced

**Total Credit Hours** 10   **Total NonCredit Hours** 0
**Total Credit Fees** $702.00   **Total NonCredit Fees** $0.00
**Credit Payment Due** 08/10/06   **NonCredit Payment Due**

**Click Here To Pay Your Fees**

Check Title IV Course Eligibility

**Purchase Books from efollett.com Bookstore (www.bkstr.com)**
☑ MAT0002 ☑ ORIENT ☑ REA0001 ☑ REA0001 ☑ SLS1510
[ Check for Book Availability ]

## Schedule Starting: 07/17/06

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 10:00am | | | | | | | |

|  | | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|---|
| 11:00am | | | | | | | | |
| 12:00pm | | | | | | | | |
| 1:00pm | | ORIENT 10:00 - 3:00 SU/167 | | | | | | |
| 2:00pm | | | | | | | | |
| 3:00pm | | | | | | | | |

Note - Classes with TBA in day or time are not shown in weekly planner

## Schedule Starting: 08/28/06

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 8:00am | MAT0002 8:00 - 8:50 EN/126 | | MAT0002 8:00 - 8:50 EN/126 | | MAT0002 8:00 - 8:50 EN/126 | | |
| 9:00am | REA0001 9:05 - 9:55 AP/149 | REA0001 9:05 - 9:55 AP/149 | REA0001 9:05 - 9:55 AP/149 | | | | |

Note - Classes with TBA in day or time are not shown in weekly planner

## Schedule Starting: 08/29/06

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 8:00am | MAT0002 8:00 - 8:50 EN/126 | | MAT0002 8:00 - 8:50 EN/126 | | MAT0002 8:00 - 8:50 EN/126 | | |
| 9:00am | REA0001 9:05 - 9:55 AP/149 | REA0001 9:05 - 9:55 AP/149 | REA0001 9:05 - 9:55 AP/149 | | | | |
| 10:00am | | SLS1510 10:05 - 11:20 SU/242 | | SLS1510 10:05 - 11:20 SU/242 | | | |
| 11:00am | | | | | | | |

Note - Classes with TBA in day or time are not shown in weekly planner

## Schedule Starting: 08/31/06

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 8:00am | **MAT0002** <br> 8:00 - 8:50 <br> EN/126 |  | **MAT0002** <br> 8:00 - 8:50 <br> EN/126 |  | **MAT0002** <br> 8:00 - 8:50 <br> EN/126 |  |  |
| 9:00am | **REA0001** <br> 9:05 - 9:55 <br> AP/149 | **REA0001** <br> 9:05 - 9:55 <br> AP/149 | **REA0001** <br> 9:05 - 9:55 <br> AP/149 | **REA0001** <br> 9:05 - 9:55 <br> AP/149 |  |  |  |
| 10:00am |  |  |  |  |  |  |  |
| 11:00am |  | **SLS1510** <br> 10:05 - 11:20 <br> SU/242 |  | **SLS1510** <br> 10:05 - 11:20 <br> SU/242 |  |  |  |

Note - Classes with TBA in day or time are not shown in weekly planner

Print



Contact | Questions/Problems/Comments | Legal/Privacy
Tallahassee Community College, 444 Appleyard Drive, Tallahassee, FL 32304-2895 | (850) 201-6200
Server Date: 07/17/2006 Time: 11:24 AM Name: webreg1 User Name: Joan Stallworth




**Tallahassee Community College**

*STUDENT*

**RENEE M PATTERSON**
6012300000152152



25801001521527

# Maine High School Equivalency Diploma

## Maine Department of Education

*certifies that*

**RENEE M. PATTERSON**

*has demonstrated general knowledge and educational development equivalent to that attained by high school graduates under standards approved by the State of Maine Department of Education and is hereby awarded this*

**STATE HIGH SCHOOL EQUIVALENCY DIPLOMA**

*having the legal status of a high school diploma*

*Given at Augusta, Maine, this* · 14th *day of* March, 2003 *A.D.*

STATE ADMINISTRATOR, High School Equivalency Programs

Certificate Number 109962

COMMISSIONER of EDUCATION

GED CHIEF EXAMINER, Local Test Center

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
PAGE 2

| Inmate's Name: PATTERSON, Renee | Register No.: 10517-017 | Date: July 08, 2003 |
|---|---|---|

16. **Institutional Adjustment:** Ms. Patterson has made good institutional adjustment during her period of incarceration at FPC, Marianna, Florida. She is not considered a management concern.

   **A. Program Plan:** Ms. Patterson arrived at FCI Tallahassee, FL, on April 29, 1997. She was initially classified on May 7, 1997, at which time it was recommended that she participate in the Drug Abuse Treatment Program, GED Program and the Inmate Financial Responsibility Program. It was further recommended that Ms. Patterson be released via Community Contract Facility at the appropriate time prior to her release date. Her most recent Program Review was held on May 21, 2003 at FPC, Marianna. It was noted she was participating in educational programming the Release Preperation Program and had completed her financial obligation.

   **B. Work Assignments:** Ms. Patterson is currently assigned to the Unicor Recycling work detail, where she is responsible for is responsible for assisting with the recycling of used government computers for resale. Her punctuality, attitude on the job, relationship with others, ability to follow orders, and the ability to work independently are all rated as excellent.

   **C. Education/Vocational Participation:** It should be noted Ms. Patterson received her GED on March 10, 2003. She has also participated in the following educational programs:

   | DESCRIPTION | START DATE | STOP DATE |
   |---|---|---|
   | RPP #3-FINANCIAL MGMT | 05-12-2003 | CURRENT |
   | RPP #4 USPO/CCC RULES | 06-09-2003 | 06-10-2003 |
   | RPP #5 RELEASE GRATUITY/MONEY | 06-09-2003 | 06-10-2003 |
   | GED/CMP 14:00-1530, M-F | 10-17-2000 | 03-10-2003 |
   | RPP#6-PRICE OF LIVING FREE | 03-08-2001 | 04-12-2001 |
   | BEGIN TYPE 12-1:30 MWF | 03-01-2001 | 04-16-2001 |
   | RPP #2 - JOB APPLICATIONS | 01-18-2001 | 01-19-2001 |
   | GED 6TH HOUR | 08-07-2000 | 09-28-2000 |
   | GED CLASS TUES/THURS 6-9 PM | 01-07-2000 | 08-07-2000 |
   | PRE GED 6TH PERIOD | 09-13-1999 | 01-07-2000 |
   | PRE GED 4TH PERIOD | 07-22-1997 | 09-13-1999 |
   | MASONRY CONSTRUCTION | 07-22-1997 | 02-02-1998 |
   | PRE GED 2ND PERIOD | 06-25-1997 | 07-22-1997 |
   | PRE GED 1ST & 2ND PERIOD | 06-13-1997 | 06-25-1997 |
   | PRE GED 5TH & 6TH PERIODS | 06-12-1997 | 06-13-1997 |

   **D. Correctional Counseling Programs:** Ms. Patterson has completed the 32-hour Drug Education Class and "The Price of Living Free" counseling group.

   **E. Incident Reports:** Ms. Patterson has been the recipient of the following incident reports:
   Date:   10-17-1998
   CODE:   406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
   LAW:    SUSPEND TELEPHONE PRIV. FOR 30 DAYS. 11-6-98 THRU 12-3-98.

   DATE: 11-21-1997
   CODE: 401  POSSESSING UNAUTH AMT OF CLOTH - FREQ: 1
   LAW:  LOSS PHONE PRIVILEGES FOR 30 DAYS

Case 4:96-cr-00056-RH-WCS   Document 747   Filed 08/10/06   Page 11 of 14
Case 4:96-cr-00056-RH-WCS   Document 739   Filed 08/07/2005   Page 1 of 1

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO. 4:96cr56-RH/WCS

RENEE PATTERSON,

    Defendant.

_____/

## ORDER DENYING MOTION FOR EARLY
## TERMINATION OF SUPERVISED RELEASE

Defendant Renee Patterson has moved for early termination of supervised release. Ms. Patterson has served only one year of the five-year term to which she was sentenced. She has not alleged extraordinary circumstances of the type that would support so early a termination. Accordingly,

IT IS ORDERED:

Defendant Renee Patterson's motion for early termination of supervised release (document 738) is DENIED.

SO ORDERED this 7th day of August, 2005.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge

Renee M. Patterson
2636 Mission Road. Lot 73
Tallahassee, FL 32304
(850) 575-9399

January 5, 2006

UNITED STATES DISTRICT COURT

CASE NO.: 4:96cr56-RH

The letter is request for you to review a similar case, Sandra Lurry, DOCKET NO.: 49:97CR36-08, to ask for motion for an earlier termination.

Thank you in advance for assistance to this matter.

Respectfully,


Renee Patterson

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORDIA DIVISION

UNITED STATES OF AMERCIA   )
vs.                        ) DOCKET NO. 4:97CR36-08
LURRY, SANDRA

## MOTION TO TERMINATE SUPERVISED AND

## RELEASE MEMORANDUM

Sandra Lurry, pro se, respectfully requests that this court terminate her supervised release pursuant to Rule 32.1(b) of the Federal Rules of Criminal procedure and 18 U.S.C. § 3583(e) (1) & (2). In support of this Motion, Ms.Lurry shows the court:

1. The statute governing early termination of supervised release, 18 U.S.C § 3583(e), provides that the court may terminate a term of supervised released "and discharge the defendant released at any time after the expiration of one year of supervised release,... if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice."

2. On February 3, 2003, Ms.Lurry began a five-year term of supervised release under the supervision of the United States Court for the Southern District of Florida, Ms.Lurry was instructed by United States Courts, to turn in a written monthly report and expect visits from a United States Probation Officer once a month at home and at work. Ms. Lurry, had no incident reports and all her drug tests, were negative doing this time period two-years and two-months. After serving four-years and six-months, sentencing of incarceration Ms.Lurry, has fulfilled all conditions of her supervised released after serving two-years and two-months.

3. Ms.Lurry presently works as an Order-Checker at Warehouse 99and she has been working there for two-years and eight-months. Ms.Lurry received her High School Diploma on July 8, 2003 and she plans on furthering her education. Ms.Lurry has contacted her Supervising U.S. Probation Officer, Mr.Kelly Cutright and advised him that she was filing this motion, Mr.Cutright had no objection.

4. Ms.Lurry has led an exemplary life since her release from prison and clearly meets the criteria for early termination of supervised release based on her good conduct under 18 U.S.C.§ 3583 (e).

5. Ms. Lurry played a minor role in her case and cooperated with the United States Courts each time they needed her assistance.

WHEREFORE, it is respectfully requested, that in the interest of justice the courts grant Ms. Lurry's' motion for early termination of her supervised release pursuant to 18 U.S.C. § 3583 (e), and pursuant to Rule 32.1 (b).

Respectfully submitted,