IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO.: 4:96cr56-RH

**RENEE M. PATTERSON**
_____/

## NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Notice of Appearance for the government in the above styled cause and requests that all future pleadings be forwarded to the address given below.

    Respectfully submitted,

    GREGORY R. MILLER
    UNITED STATES ATTORNEY

    S/ Winifred L. Acosta NeSmith
    Winifred L. Acosta NeSmith
    Assistant U.S. Attorney
    111 N. Adams Street, 4th Floor
    Tallahassee, FL 32301
    (850) 942-8430
    DC Bar No.  0076333

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via US Postal Service to Renee M. Patterson, 2636 Mission Road # 73; Tallahassee, FL 32304, this 28th day of September, 2006.

s// Winifred L. Acosta NeSmith
Winifred L. Acosta NeSmith
Assistant U.S. Attorney