IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      VS.                                    CASE NO. 4:96CR56-10

RENEE PATTERSON

                               /

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the United States by and through the undersigned Assistant U. S. Attorney and files its Response to the Defendant's Motion for Early Termination of Supervised Release. The Government opposes the Motion and responds:

The defendant was convicted of a large cocaine and crack cocaine conspiracy in which she played a central role. The defendant not only was a large scale broker, but was described as serving a "hub" role in the conspiracy. (See PSR, paragraph 91) The defendant was responsible for obtaining kilogram quantities of cocaine from Miami which was then, distributed to a co-conspirator out of state, as well as local co-conspirators in Tallahassee. (See PSR, paragraph 18) The defendant is believed to have been responsible for well over 1.5 kilograms of cocaine base. (See PSR, paragraph 19) In essence, the defendant played an extensive leadership role in this large scale drug conspiracy.

Currently, the defendant has served less than half of her 60 month term of supervised release.  Although it appears the defendant has been in compliance with the conditions, there is indication that she poses a risk of re-offending and a risk to community safety.  There is some evidence that she maintains association with convicted felons, including possibly a fugitive according to a complaint received by the U.S. Marshals Service.  (See Fact Memorandum, page 3)  Additionally, the defendant has an unstable employment history[1].  (See Fact Memorandum, page 1)  At this point, the defendant has failed to demonstrate exceptional progress to be rewarded with early termination of supervision.

WHEREFORE, the United States opposes the defendant's motion and respectfully requests that the defendant continue serving her 60 month term of supervised release.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

s/Winifred L. Acosta NeSmith
WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney
FL Bar No. 0076333
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301

---

[1] Even prior to her injury in or about November 2005, the Defendant had been employed by approximately five different employers.

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Response was furnished via first class mail on this 28th day of September, 2006, to the following:

Renee M. Patterson
2636 Mission Road #73
Tallahassee, FL 32304

                                                  s/Winifred L. Acosta NeSmith
                                                WINIFRED L. ACOSTA NESMITH
                                                 Assistant United States Attorney