# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:96cr56-RH/WCS

RENEE PATTERSON,

    Defendant.

_____/

## ORDER DENYING FOURTH MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Renee Patterson has filed a fourth motion for early termination of supervised release. The probation officer has submitted to the court (with copies to defendant and the attorney for the government) a memorandum addressing the early termination criteria listed in Monograph 109 as approved by the Judicial Conference of the United States. The government has filed a memorandum in opposition to the motion for early termination. After full consideration of the motion on the merits, I conclude that the motion should be denied.

So that any future requests for early termination can be appropriately and efficiently addressed, I note the following. There is no technical exhaustion requirement for motions for early termination of supervision. Still, my practice is

never to grant a motion for early termination without obtaining a report from the probation officer.  I usually obtain the probation officer's recommendation in addition to a factual report.  The probation office appropriately evaluates early termination under the criteria listed in Monograph 109.

It is inefficient for a defendant to file an early termination motion without first raising the issue with the probation officer.  Moreover, bypassing the probation officer risks interference with the probation officer's supervisory authority over, and relationship with, the defendant.  Although I have sometimes acted on motions that have been filed by a defendant without an indication that the defendant has exhausted the issue with the probation officer, it has become apparent that doing so only invites the filing of more motions before the matter is properly raised with the probation officer.  The practice should be discouraged.

Accordingly,

IT IS ORDERED:

Defendant's fourth motion for early termination (document 752) is DENIED without prejudice to the submission of a petition or memorandum by the probation officer or the filing of a further motion by the defendant if, after a full and fair attempt to raise the issue with the probation officer, the probation officer declines to bring the issue to the court.  Defendant should submit no further motions for early termination without first raising the issue with the probation officer and

attempting to have the probation officer raise the issue with the court (whether or not the request for early termination is supported by the probation officer).

    SO ORDERED this 2d day of October, 2006.

s/Robert L. Hinkle<br>
Chief United States District Judge